THE STATE OF OHIO, APPELLEE, *v.* IBRAHEEM, A.K.A. CHAMBERS, APPELLANT.

[Cite as *State v. Ibraheem* (1996), 74 Ohio St.3d 276.]

(No. 95–1145—Submitted September 26, 1995—Decided January 10, 1996.)

*Michael Miller,* Franklin County Prosecuting Attorney, and *Joyce S. Anderson,* Assistant Prosecuting Attorney, for appellee.

*Abdullah Ibraheem, pro se.*

*Per Curiam.* Appellant makes no attempt to show good cause for such a late application. Accordingly, the judgment of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

DOUGLAS, Acting C.J., WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

MOYER, C.J., not participating.